UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

| | | |
|---|---|---|
| THOMAS JOHN LINDBERG, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:05-cv-330 |
| | ) | |
| v. | ) | Honorable Wendell A. Miles |
| | ) | |
| MICHIGAN PAROLE BOARD et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## JUDGMENT

In accordance with the Opinion filed this date:

**IT IS HEREBY ORDERED** that Plaintiff's action be **DISMISSED** without prejudice for lack of exhaustion of available administrative remedies as required by 42 U.S.C. § 1997e(a).

For the same reasons that the Court dismisses the action, the Court discerns no good-faith basis for an appeal. *See* 28 U.S.C. § 1915(a)(3); *McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997).

Dated: July 19, 2005                                          /s/ Wendell A. Miles
                                                                      Wendell A. Miles
                                                                      Senior U.S. District Judge